## United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE:   Corrdell L. Pickens | ) | Chapter 13 |
| | ) | Case No. 17 B 20471 |
| Debtor(s) | ) | Judge LaShonda A. Hunt |

## Notice of Motion

Corrdell L. Pickens
4026 W. 21st St.
1st Fl.
Chicago, IL  60623

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On April 29, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 719
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, April 11, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On July 10, 2017, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on November 13, 2017, for a term of 36 months with payments of $350.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 21 | $7,350.00 | $6,600.00 | $750.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 04/10/2019
Due Each Month: $350.00
Next Pymt Due: 05/09/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 08/13/2018 | 2477 | $175.00 | 08/27/2018 | 2478 | $175.00 |
| 09/13/2018 | 2483 | $175.00 | 09/24/2018 | 2484 | $175.00 |
| 10/15/2018 | 2487 | $175.00 | 10/24/2018 | 2491 | $175.00 |
| 11/14/2018 | 2494 | $175.00 | 12/10/2018 | 2496 | $175.00 |
| 12/31/2018 | 2517 | $300.00 | 01/14/2019 | 2520 | $175.00 |
| 01/29/2019 | 2523 | $175.00 | 02/13/2019 | 2526 | $175.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE